# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3758
_____

ROBERT BING a/k/a ANTHONY
GREEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

May 15, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Bing a/k/a Anthony Green, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.